IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR WALTHOUR, SR., et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | NO. 10-00682 |
| v. | : | |
| | : | |
| SHEILA GIBSON, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 27th day of August 2010, upon consideration of Plaintiffs' Complaint and Motion to Amend (Doc. Nos. 1 and 2), Defendants' Motion to Dismiss (Doc. No. 12), and Plaintiffs' response thereto (Doc. No.13), it is ORDERED that Defendants' Motion to Dismiss is GRANTED, this case is DISMISSED, and all pending motions are DENIED AS MOOT. The Clerk of Court shall close this case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.